**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Lauren DeSantiago

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.06-247 GEB | |
| ) | | |
| Plaintiff ) | STIPULATTION AND ORDER | |
| ) | (PROPOSED) FOR STATUS CONFERENCE | |
| v. ) | | |
| ) | Date: | April 13, 2007 |
| LAUREN DESANTIAGO ) | Time: | 8:30 AM |
| ) | Court: | GEB |
| Defendant ) | | |
| _____ ) | | |

 IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Friday, March 30, 2007, at 8:30 AM, for status conference be rescheduled for April 13, 2007 at 8:30 AM.

 This stipulation and agreement is entered into for the following reasons: When this matter was originally scheduled, undersigned did not realize that he had previously scheduled a hearing before the Honorable Oliver W. Wanger, in Fresno California on that same date.

 On Wednesday, March 28, 2007 undersigned spoke to AUSA Carolyn DeLaney and she graciously agreed to my request. I also

-1-

called probation officer Hendley and left a message for him, but as of this writing he has not returned my call.

**IT IS SO STIPULATED**

Dated: March 29, 2007          /S/ MICHAEL B. BIGELOW
                               Michael B. Bigelow
                               Attorney for Defendant


Dated: March 29, 2007          /S/CAROLYN DELANEY
                               Carolyn DeLaney, AUSA

**IT IS SO ORDERED**

Dated:  March 29, 2007         GARLAND E. BURRELL, JR.
                               United States District Judge

-2-